eration or decision of this petition.

No. 88-1056. PENNSYLVANIA v. WAGGONER. Super. Ct. Pa. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. JUSTICE WHITE and JUSTICE O'CON-NOR would grant certiorari.

No. 88-1147. OKLAHOMA v. BROOKS, AKA AMENSHI, ET AL. Ct. Crim. App. Okla. Motion of Muscogee (Creek) Nation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 88-1347. GREEN v. FOLEY. C. A. 4th Cir. Motion of petitioner to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

No. 88-1378. MCNEIL ET AL. v. SPRINGFIELD PARK DISTRICT. C. A. 7th Cir. Motion of Mexican American Legal Defense and Educational Fund et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 88-1414. CALIFORNIA v. PARWEZ. Ct. App. Cal., 2d App. Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88-6189. RICKS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE BRENNAN, JUSTICE WHITE, and JUSTICE MARSHALL would grant certiorari.

No. 87-121. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. v. ADAMS, 489 U. S. 401;

No. 87-889. COMPOY, WARDEN v. TURNER, 489 U. S. 1059;

No. 87-5259. TEAGUE v. LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, ET AL., 489 U. S. 288;

No. 87-5617. LINDSEY v. SMITH, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL., 489 U. S. 1059;

No. 88-875. TAYLOR v. TAYLOR, 489 U. S. 1012;

No. 88-895. STANTON v. DISTRICT OF COLUMBIA COURT OF APPEALS, 489 U. S. 1001;

No. 88-947. HARRISON ET UX. v. COMMISSIONER OF INTERNAL REVENUE, 489 U. S. 1053;

No. 88–1115.  WILMOTH v. VIRGINIA, 489 U. S. 1053;

No. 88–1127.  UBEROI v. UNIVERSITY OF COLORADO ET AL. 489 U. S. 1019;

No. 88–1134.  SMITH v. COMBUSTION ENGINEERING, INC., ET AL., 489 U. S. 1054;

No. 88–5687.  EDWARDS v. BLACK, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL., 489 U. S. 1059;

No. 88–5802.  HAWLEY ET AL. v. UNITED STATES, 489 U. S. 1020;

No. 88–5944.  SUN v. UNITED STATES, 489 U. S. 1022;

No. 88–6040.  MCCABE v. DIAS ET AL., 488 U. S. 1036;

No. 88–6054.  TEAGLER v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS, 489 U. S. 1022;

No. 88–6059.  DEPEW v. OHIO, 489 U. S. 1042;

No. 88–6067.  GREEN v. UNITED STATES, 489 U. S. 1023;

No. 88–6079.  JONES v. ILLINOIS, 489 U. S. 1040;

No. 88–6116.  SCHULTZ ET UX. v. SWANHORST ET AL., 489 U. S. 1024;

No. 88–6227.  IN RE THEODOROPOULOS, 489 U. S. 1009;

No. 88–6235.  GILES v. GARWOOD ET AL., 489 U. S. 1030;

No. 88–6249.  LOWE v. KING ET AL., 489 U. S. 1030;

No. 88–6266.  OLIVE v. SEARS, ROEBUCK & CO., 489 U. S. 1031; and

No. 88–6325.  BROWN v. OHIO, 489 U. S. 1040.  Petitions for rehearing denied.

APRIL 24, 1989

No. 88–1478.  CORPUS CHRISTI TAXPAYERS ASSN. ET AL. v. CITY OF CORPUS CHRISTI, TEXAS, ET AL.  C. A. 5th Cir.  Certiorari dismissed as to petitioner Tom Hunt under this Court's Rule 53.

No. 88–980.  ECKLES, DBA RIVERVIEW MARINA v. OREGON ET AL.  Appeal from Sup. Ct. Ore. dismissed for want of substantial federal question.

No. 87–750.  PAN AMERICAN WORLD AIRWAYS, INC. v. PAMPIN LOPEZ, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF